UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     Case No. 2:08-cr-56-03

DAVID RICHARD LAMPINEN,           HON. PAUL L. MALONEY

    Defendant.
_____/

## REPORT AND RECOMMENDATION

On January 7, 2013, an Amended Petition for Warrant or Summons for Offender Under Supervision (docket #288) was filed, alleging four violations of the defendant's conditions of supervised release. Defendant appeared before the undersigned on January 23, 2013, at which time he waived his right to a preliminary hearing and revocation hearing, as well as his right to appearance, allocution and sentencing before a district judge. Defendant admitted to violations one through four as set forth in the petition.

For the reasons stated on the record, it is recommended that the Court enter the attached Judgment in a Criminal Case for Revocation of Probation or Supervised Release.

Dated: January 24, 2013              /s/ Timothy P. Greeley
                                               TIMOTHY P. GREELEY
                                             UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the hearing. *See* W.D. Mich. L.Cr.R. 11.1(d).